# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 28, 2005*

[Cite as *01/28/2005 Case Announcements,* 2005-Ohio-286.]

## MOTION AND PROCEDURAL RULINGS

**2004–0041. State v. Elmore.**

Licking C.P. No. 02CR275. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Licking County. Upon consideration of appellant's motion for leave to file supplemental Proposition of Law 17 instanter,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that appellant shall file a supplemental brief addressing the proposition of law within 30 days of the date of this entry. Appellee shall file a brief in response within 20 days of the filing of appellant's supplemental brief; and appellant may file a reply brief within 15 days of the filing of appellee's supplemental brief.

**2004–1561. State v. Blade.**

Cuyahoga App. No. 83796, 2004-Ohio-4486. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, sua sponte, that this cause be held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209.

IT IS FURTHER ORDERED by the court that the briefing schedule remains stayed.

**2004–1568. State v. Foster.**

Licking App. No. 03CA95, 2004-Ohio-4209. This cause is pending before the court as an appeal from the Court of Appeals for Licking County.

IT IS ORDERED by the court, sua sponte, that the stay of briefing is dissolved, and this cause is no longer held.

IT IS FURTHER ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Licking County and that briefing shall proceed in accordance with S.Ct.Prac.R. VI.

**2004–1635. State v. Lett.**

Cuyahoga App. Nos. 83821 and 83822, 2004-Ohio-4094. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, sua sponte, that this cause be held for the decisions in 2004–1771, *State v. Quinones,* Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster,* Licking App. No. 03CA95, 2004-Ohio-4209.

IT IS FURTHER ORDERED by the court that the briefing schedule remains stayed.

**2004–1771. State v. Quinones.**

Cuyahoga App. No. 83720, 2004-Ohio-4485. Upon consideration of the jurisdictional memoranda filed in this case, the court hereby accepts the discretionary appeal on Proposition of Law I. The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Cuyahoga County, and the parties shall brief this case in accordance with the Rules of Practice of the Supreme Court of Ohio.